JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MELGAREJO,<br><br>                Plaintiff,<br><br>    v.<br><br>EVERGREEN ENVIRONMENTAL SERVICES LLC, *et al.*,<br><br>                Defendants. | Case No. 2:25-cv-00986-FLA (RAOx)<br><br>**ORDER DISMISSING DEFENDANTS HPC INDUSTRIAL SERVICES LLC AND PHILLIPS 66 COMPANY AND REMANDING ACTION [DKT. 22]** |

On April 3, 2025, Plaintiff Antonio Melgarejo ("Plaintiff") filed the stipulation to dismiss Defendants HPC Industrial Services LLC and Phillips 66 Company without prejudice and to remand this action to state court (the "Stipulation").  Dkt. 24.  Plaintiff, in filing the Stipulation, failed to comply with the requirements of Local Rule 5-4.3.4(a)(2).  Nevertheless, as Defendants Evergreen Environmental Services LLC, HPC Industrial Services LLC, and Phillips 66 Company (collectively, "Defendants") have not filed an opposition to the Stipulation, the court, on its own motion, hereby APPROVES the Stipulation, VACATES all pending dates and deadlines, DENIES all pending motions as MOOT, *see* Dkt. 15, DISMISSES Defendants HPC Industrial Services LLC and Phillips 66 Company without prejudice, and REMANDS the action to Los Angeles Superior Court Case No. 24STCV34126.  The court retains jurisdiction to vacate this Order and to recall the remand of the action within thirty (30) days from the date of this Order, should Defendants file timely an objection to the remand.

IT IS SO ORDERED.

Dated: April 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge